IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SHANDA BOLIN, on behalf of herself and all other plaintiffs similarly situated, known and unknown,<br><br>      Plaintiffs,<br><br>v.<br><br>MAPLEBEAR INC. d/b/a INSTACART AND "DOES" 1 through 100, inclusive,<br><br>      Defendants. | Case No. 2:20-cv-05945-SDM-CMV<br><br>District Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura<br><br>**ORDER OF DISMISSAL AND APPROVING SETTLEMENT** |

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement Involving FLSA Claims and Stipulation of Dismissal With Prejudice ("Joint Motion") pursuant to section 216(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Settlement Agreement and Release of Claims ("Settlement Agreement") doc. #33-1.

Having reviewed the Joint Motion, the Settlement Agreement, and the pleadings and papers on file in this case, and for good cause shown and in the interest of justice, the Court hereby **ORDERS** and **ADJUDGES** as follows:

  1.  The Settlement and Settlement Agreement reached by the Parties is fair and reasonable and satisfies the standard for approval under section 216(b) of the FLSA, 29 U.S.C. § 216(b), and is hereby **APPROVED**.

2.  The Complaint is hereby **DISMISSED** in its entirety with prejudice. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order of Dismissal and Approving Settlement immediately.

3.  The Court retains jurisdiction over this case to enforce the terms of the Settlement and Settlement Agreement.

**SO ORDERED:**

Date: 1-31-22

*[signature]*

Judge Sarah D. Morrison
United States District Judge